DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANICE JACOBS,**
Appellant,

v.

**HARVEY LUSTHAUS** and **JOLANTA LUSTHAUS,**
Appellees.

No. 4D2025-1022

[January 8, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE-23-022655.

Matthew Z. Karim of Law Offices of Matthew Karim PLLC, Fort Lauderdale, for appellant.

Jason Gordon of Law Offices of Jason Gordon, P.A., Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***